UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD NEWBERNE,

        Plaintiff,

v.

SUNSET SOLUTIONS
GROUP, LLC, et al.,

        Defendants.
_____/

Case No. 1:20-cv-822

HON. JANET T. NEFF

## NOTICE OF SETTLEMENT

The parties have agreed to a settlement. In order to effect the terms of the settlement, the parties respectfully request that the Court allow the parties until November 5, 2020 to file appropriate dismissal papers in this action.

Dated: October 13, 2020

/s/ Phillip C. Rogers
Phillip C. Rogers (P34356)
Attorney for Plaintiff
6140 28th Street SE, Suite 115
Grand Rapids, Michigan 49546-6938
(616) 776-1176
ConsumerLawyer@aol.com